```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
TOMAS MONGE-FELIX
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-CR-0384 LKK |
| ) | Case No. 2:13-CR-0328 LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| vs. ) | **CONTINUING STATUS AND** |
| ) | **EXCLUDING TIME** |
| TOMAS MONGE-FELIX, ) | |
| ) | |
| Defendant. ) | Date:  December 3, 2013 |
| ) | Time:  9:15 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed between defendant, Tomas Monge-Felix, and plaintiff, United States of America, that the status conference scheduled in the above two cases for December 3, 2013, may be continued to December 17, 2013, at 9:15 a.m.

Mr. Monge-Felix was arraigned on the indictment in 2:13-CR-0328 in October and on a petition alleging a violation of supervised release in 2:10-CR-0384. Although the case alleges a violation of 8 U.S.C. § 1326, the government has declined to treat it as a fast-track matter. Defense counsel seeks

-1-

1 additional time to review discovery in detail, determine
2 potential sentencing exposure, and determine whether
3 investigation is needed.  Accordingly, the parties agree that
4 the interests of justice to be served by a continuance outweigh
5 the best interests of Mr. Monge-Felix and the public in a speedy
6 trial, and ask the Court to order time under the Speedy Trial
7 Act excluded from the date of this stipulation and order through
8 December 17, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
9 (b)(iv).

                          Respectfully submitted,

                          HEATHER E. WILLIAMS
                          Federal Defender

Dated: November 22, 2013    /s/ T. Zindel_____
                          TIMOTHY ZINDEL
                          Assistant Federal Defender
                          Attorney for TOMAS MONGE-FELIX

                          BENJAMIN WAGNER
                          United States Attorney

Dated: November 22, 2013    /s/ T. Zindel for N. Desai
                          NIRAV DESAI
                          Assistant U.S. Attorney

21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

**O R D E R**

The status conference is rescheduled for December 17, 2013, at 9:15 a.m. Time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   November 25, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT