HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
TOMAS MONGE-FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:10-CR-0384 LKK |
| | ) Case No. 2:13-CR-0328 LKK |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| vs. | ) **CONTINUING STATUS AND** |
| | ) **EXCLUDING TIME** |
| TOMAS MONGE-FELIX, | ) |
| | ) |
| Defendant. | ) Date:   December 17, 2013 |
| | ) Time:   9:15 a.m. |
| _____ | ) Judge:  Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed between defendant, Tomas Monge-Felix, and plaintiff, United States of America, that the status conference scheduled in the above two cases for December 17, 2013, may be continued to January 14, 2014, at 9:15 a.m.

Mr. Monge-Felix was arraigned on the indictment in 2:13-CR-0328 in October and on a petition alleging a violation of supervised release in 2:10-CR-0384.  Although the case alleges a violation of 8 U.S.C. § 1326, the government has declined to treat it as a fast-track matter.  Defense counsel seeks

-1-

1  additional time to review discovery in detail, determine
2  potential sentencing exposure, and determine whether
3  investigation is needed.   Accordingly, the parties agree that
4  the interests of justice to be served by a continuance outweigh
5  the best interests of Mr. Monge-Felix and the public in a speedy
6  trial, and ask the Court to order time under the Speedy Trial
7  Act excluded from the date of this stipulation and order through
8  January 14, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
9  (b)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   December 12, 2013       /s/ T. Zindel_____    ____
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for TOMAS MONGE-FELIX

BENJAMIN WAGNER
United States Attorney

Dated:   December 12, 2013       /s/ T. Zindel for N. Desai
                                 NIRAV DESAI
                                 Assistant U.S. Attorney

/////

/////

/////

/////

/////

/////

/////

/////

**O R D E R**

The status conference is rescheduled for January 14, 2014, at 9:15 a.m.   Time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   December 17, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT